IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLE IRENE CORBIN,<br><br>Defendant. | CR 22-151-BLG-SPW-2<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Defendant's change of plea hearing currently set for Tuesday, August 22, 2023 at 10:30 a.m. is **VACATED** and **RESET** for **Thursday, August 31, 2023 at 3:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider her motion to change her plea of not guilty to a plea of guilty.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 21st day of August, 2023.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1